PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| NEURO-COMMUNICATION SERVICES, INC., *etc.*, | CASE NO. 4:20-CV-1275 |
| Plaintiffs, | JUDGE BENITA Y. PEARSON |
| v. | |
| THE CINCINNATI INSURANCE COMPANY; THE CINCINNATI CASUALTY COMPANY; AND THE CINCINNATI INDEMNITY COMPANY, | **JUDGMENT ENTRY**<br>**CLOSING THE WITHIN CASE** |
| Defendants. | |

On January 19, 2021, the Court certified a question of state law to the Supreme Court of Ohio. [ECF No. 43](). The question certified is the primary question driving resolution of this case. Therefore, the within case is hereby CLOSED, subject to reopening upon written motion. No claims or defenses are waived as a result of this administrative closing.

Beginning sixty (60) days from the date of this Judgment Entry, counsel shall submit status reports to the Court every sixty (60) days during the pendency of this matter in the Supreme Court of Ohio. The status reports may be filed jointly by the parties. These are to be procedural reports; they are not to contain substantive discussions of the merits of any claims or defenses asserted. *See, e.g.*, [*Wells Fargo Bank, N.A. v. Allstate Insurance Company,* No. 4:15-CV-239 (N.D. Ohio July 28, 2015)]() (Pearson, J.) (staying civil forfeiture proceedings and administratively closing the case).

IT IS SO ORDERED.

| | |
|---|---|
| January 21, 2021 | /s/ *Benita Y. Pearson* |
| Date | Benita Y. Pearson<br>United States District Judge |